IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-00477-RPM

SWAN ARDREY,

      Plaintiff,

v.

ALBERTSONS, LLC,

      Defendant.
_____

ORDER AMENDING SCHEDULING ORDER
_____

Upon review of the Unopposed Motion to Amend Scheduling Order [Doc. 19], it is

ORDERED that the Scheduling Order is modified as follows:

5. As such, Plaintiff respectfully seeks to modify the Scheduling Order as follows:

Part 7 – Case Plan and Schedule:

(d) Expert Witness Disclosures:

(3) The party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before October 26, 2015.

(4) The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before December 14, 2015.

(5) Any rebuttal opinions will be exchanged on or before January 4, 2016.

Dated:   September 25th, 2015

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge