**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00477-RPM

SWAN ARDREY,

Plaintiff,

v.

ALBERTSON'S, LLC,

Defendant.

**ORDER RE UNOPPOSED MOTION TO AMEND SCHEDULING ORDER [Doc. 18]
RE DISCOVERY DEADLINES**

Upon review of the Unopposed Motion to Amend Scheduling Order [Doc. 18] re Discovery Deadlines, it is

ORDERED that the Scheduling Order is modified as follows:

7. CASE PLAN AND SCHEDULE

b.   Discovery Cut-Off: February 29, 2016

d.   Expert witness Disclosures:

(4). The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before January 14, 2016.

(5). Any rebuttal opinions will be exchanged on or before February 4, 2016.

Dated:  December 1, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge