# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00477-RPM

SWAN ARDREY,

Plaintiff,

v.
ALBERTSON'S, LLC,

Defendant.

---

## ORDER RE UNOPPOSED MOTION TO AMEND SCHEDULING ORDER [Doc. 24]
## RE DISCOVERY DEADLINES

---

Upon review of the Unopposed Motion to Amend Scheduling Order [Doc. 24] re Discovery Deadlines, it is

ORDERED that the Scheduling Order is modified as follows:

### 7. CASE PLAN AND SCHEDULE

b.     Discovery Cut-Off: April 29, 2016

DATED:   March 1, 2016

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge